UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| TINA RENNA, | : | CASE NO. 11-cv-03328-KM-MAH |
| *Plaintiff*, | : | |
| | : | NOTICE OF MOTION FOR |
| -vs- | : | COUNSEL FEES |
| | : | |
| THE COUNTY OF UNION, | : | |
| NEW JERSEY | : | |
| *Defendant*. | : | |
| | : | |

**TO:** Norman W. Albert, Esq.
Union County Counsel
Administration Building
Elizabeth, New Jersey  07207
Telephone:  908-527-4250
Facsimile:  908-289-4230
*Attorneys for Defendant*
*The County of Union, New Jersey*

**PLEASE TAKE NOTICE** that on July 21, 2014 at 9 a.m. or as soon thereafter as this matter may be heard, Plaintiff Tina Renna shall move the Court pursuant to Fed. R. Civ. P. 54(d) and L. Civ. R. 54.2 for an Order awarding the Plaintiff counsel fees incurred in this action in the amount of $42,197.50 and costs of $550.65.

In support of this Motion, Plaintiff relies on the accompanying Brief and Declarations and the Opinion (Doc. 32) and Order and Judgment (Doc. 33) previously entered by this Court in this action.

A proposed form of Order and Declaration of Service are being filed with this Motion.

                                                     **LAW OFFICES OF WALTER M. LUERS, LLC**

Dated June 26, 2014        By:      /s/ Walter M. Luers
                                                       Walter M. Luers

LAW OFFICES OF WALTER M. LUERS, LLC
Suite C202
Clinton, New Jersey  08809
Tel. No. (908) 894-5656
Fax:  (908) 894-5729
wluers@luerslaw.com
Attorneys for the Plaintiff

PARTICIPATING ATTORNEYS FOR
THE RUTHERFORD INSTITUTE