WALTER M. LUERS
Law Office of Walter M. Luers, LLC
23 W. Main Street, Suite C20
Clinton, New Jersey  08809
(908) 894-5656

F. Michael Daily, Jr.
F. MICHAEL DAILY, LLC
216 Haddon Avenue, # 106
Westmont, New Jersey 08108
(856) 833-0006

Attorneys for the Plaintiff Tina Renna
Participating Attorneys for
The Rutherford Institute

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TINA RENNA, | : |
| Plaintiff, | : |
| vs. | : DECLARATION OF |
| | : STEVEN D. ROSENFIELD IN |
| THE COUNTY OF UNION, | : IN SUPPORT OF MOTION FOR |
| NEW JERSEY, | : COUNSEL FEES, L. CIV. R. 54.2 |
| Defendant. | : |

I, Steven D. Rosenfield, declare as follows:

1.  I am an attorney licensed to practice in the Commonwealth of Virginia. My office is located at 913 East Jefferson Street, Charlottesville, Virginia

22902. My office telephone number is (434) 984-0300.

2.  I have been licensed continuously to practice in Virginia since 1977 where I have practiced law in Charlottesville. For the past 37 years, a central and regular part of my practice has been civil rights law including cases involving housing discrimination, employment discrimination, prisoner rights, First Amendment Speech and Religious cases, police misconduct, and Equal Protection and Due Process cases.

3.  I have been lead or co-counsel in 90 litigated civil rights cases and have been involved in more than 100 other civil rights cases resulting in a settlement without the necessity of filing suit. I have litigated 30 cases in the United States Court of Appeals for the Fourth Circuit, and I have won four cases in the Supreme Court of Virginia. These cases include *Clatterbuck v. City of Charlottesville*, 708 F.3d 549 (4th Cir. 2013), *Rothamel v. Fluvanna County, Va.*, 810 F. Supp. 2d 771 (W.D. Va. 2011), and *Billups v. Carter*, 268 Va. 701, 604 S.E.2d 414 (2004). I am licensed to practice in the Eastern and Western Districts of Virginia, the Fourth Circuit, the U.S. Supreme Court and the Court of Federal Claims.

4.  The usual and customary hourly billing rate of myself and other attorneys with 30 years experience in the Charlottesville and Central Virginia

region for civil cases involving civil rights claims is $375.00 per hour. I have been charging this rate to my fee-paying clients in civil cases and criminal felony cases since 2012.

I declare under penalty of perjury that forgoing is true and correct.

Executed on this 25th day of June, 2014

_____
Steven D. Rosenfield