## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TINA RENNA, *Plaintiff*, -vs- THE COUNTY OF UNION, NEW JERSEY *Defendant*. | CASE NO. 11-cv-03328-KM-MAH **ORDER GRANTING PLAINTIFF PLAINTIFF'S MOTION FOR COUNSEL FEES** |

The motion of Plaintiff Tina Renna pursuant to Fed. R. Civ. P. 54(d) and L. Civ. R. 54.2, for counsel fees, for good cause shown, is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that within 20 days after the filing of this Order the Defendant County of Union, New Jersey, shall pay to the Plaintiff and her attorneys the amount of $_____.

**IT IS SO ORDERED**

Dated:_____, 2014            _____
                                           **KEVIN McNULTY**
                                      **United States District Judge**