## <u>DECLARATION OF SERVICE</u>

Pursuant to 28 U.S.C. § 1746, I hereby declare that on this date the foregoing Notice of Motion for Counsel Fees and supporting papers are being filed electronically with the Clerk of Court and understand that such papers are being served electronically via ECF upon counsel of record who receive electronic notices via ECF/PACER.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     June 26, 2014                    By:     _____ /s/ Walter M. Luers _____