UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TINA RENNA,<br><br>      **Plaintiff,**<br><br>v.<br><br>THE COUNTY OF UNION, NEW JERSEY,<br><br>      **Defendant.** | Civ. No. 2:11-3328 (KM)(MAH)<br><br>**ORDER & JUDGMENT** |

      This matter comes before the Court on a motion for attorneys' fees (Dkt. No. 40) by plaintiff Tina Renna. United States Magistrate Judge Michael A. Hammer issued Report and Recommendation (Dkt. No. 40), awarding Renna attorneys' fees in the amount of $39,535.00, plus costs of $550.65. Renna and the County each filed objections to that report. (Dkt. Nos. 42 and 41, respectively) I have reviewed the parties' filings, as well as the entire case record and considered the matter *de novo* without oral argument pursuant to FED. R. CIV. P. 78. For the reasons stated in an Opinion filed on this date and for good cause shown:

      **IT IS** this 21st day of April, 2015

      **ORDERED** that the Report and Recommendation (Dkt. No. 40) is **ADOPTED** insofar as it awards attorneys' fees under the Lanham Act. Plaintiff's motion for attorneys' fees (Dkt. No. 34) is **GRANTED** and she is **AWARDED** attorneys' fees in the amount of $39,535.00 plus costs of $550.65.

      **JUDGMENT** shall be entered in a total amount of **$40,085.65**.

                                                         Kevin McNulty
                                                     United States District Judge